1  Alan J. Kessel (Cal. Bar No.: 130707)
2  Keli N. Osaki (Cal. Bar No. 179920)
   Sandeep J. Shah (Cal. Bar No.
3  **BUCHALTER, NEMER, FIELDS & YOUNGER**
   A Professional Corporation
4  18400 Von Karman Avenue, Suite 800
   Irvine, CA  92612-0514
5  Telephone: (949) 760-1121
6  Facsimile: (949) 720-0182

7  Attorneys for Plaintiff DIRECTV, INC.

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10                    FRESNO DIVISION

11

12 | DIRECTV, INC., a California corporation, | CASE NO. 1:04-cv-05749 SMS |
   |---|---|
   | Plaintiffs, | Hon. Magistrate Judge Sandra M. Snyder |
   | vs. | **ORDER DISMISSING DEFENDANT JAMES MAHONEY** |
   | JAMES MAHONEY, | |
   | Defendants. | |

18      Having read the Request for Voluntary Dismissal of Defendant JAMES MAHONEY
19 filed herein by Plaintiff DIRECTV, Inc., and such other pleadings and papers deemed appropriate
20 by the Court, and GOOD CAUSE appearing therefore, the Court ORDERS as follows:
21      1.    This action is hereby dismissed without prejudice as against Defendant JAMES
22 MAHONEY;
23      2.    Each party shall bear its/his own attorney's fees and costs incurred in this action to
24 date; and
25 ///
26 ///
27 ///
28 ///

3. As Defendant JAMES MAHONEY is the last remaining active Defendant in this action, this entire action as to all remaining claims is hereby terminated in full.

IT IS SO ORDERED.

**Dated:   August 8, 2005**             /s/ Sandra M. Snyder
icido3                                  UNITED STATES MAGISTRATE JUDGE